UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE MICHIGAN
REGIONAL COUNCIL OF CARPENTERS
EMPLOYEE BENEFITS FUND, et al,

    Plaintiffs,

v.

                                                                Case No. 04-70192
ACCURA CONCRETE WALLS, INC.       HONORABLE AVERN COHN
and BRIAN JOUSMA,

    Defendants.

_____/

## JUDGMENT

In accordance with the Orders issued February 28, 2005 and August 1, 2005, a judgment against the defendants is entered in the principal amount of $83,960.16 which has been established pursuant to an examination of defendants' books and records, together with liquidated damages in the amount of $14,105.17, accumulated interest of $42,748.31, audit costs in the amount of $963.50, attorney fees in the amount of $26,656.75, and court costs in the amount of $733.72, for a total judgment against defendants in the amount of $169,167.61.

The Court will retain jurisdiction of this case pending compliance with its orders.

                                                    s/Avern Cohn
                                                    AVERN COHN
Dated: 8/1/05                                UNITED STATES DISTRICT JUDGE
        Detroit, Michigan